No. 73–6656.  WILFORD. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 73–6657.  FOREMAN v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 73–6658.  ALLISON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6661.  LYLES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6662.  CLARK v. HOPPER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 73–6664.  GAINES v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 73–6665.  MADDOX ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6667.  POLLARD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6668.  WILLIAMS v. COURT OF APPEAL OF CALIFORNIA, THIRD APPELLATE DISTRICT.  Sup. Ct. Cal. Certiorari denied.

No. 73–6669.  ROJAS v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 73–6671.  TRAPNELL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–6672.  HERSHIPS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–6674.  MYERS, DBA ROMYCO STEREO v. AMPEX, INC., ET AL.  C. A. 10th Cir.  Certiorari denied.